IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01273-WYD-BNB | Date: September 21, 2006 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Nancy Weeks<br>Rita Kittle |
| Plaintiff, | |
| v. | |
| ALBERTSON'S INC.,<br>ALBERTSON'S LLC,<br>SUPERVALU, INC., | Lawrence Gartner<br>Richard Mandelson<br>Michael Nosler<br>Naomi Young |
| Defendants. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:   1:56 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Emergency motion for protective order by plaintiff(8/21/06 #11) is TAKEN UNDER ADVISEMENT as stated on the record.**

Court in Recess   2:31 p.m.   Hearing concluded.

Total time in court:   00:35