IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S INC.,
ALBERTSON'S LLC,
SUPERVALU INC., and
CERBERUS CAPITAL MANAGEMENT, L.P.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the following motions are GRANTED:

(1) **Defendants Albertson's, Inc. and Albertson's LLC's Motion for Leave to File Response Within the Twenty Days Set Forth in D.C.COLO.LCivR 7.1 [etc.]** [Doc. # 13, filed 8/22/2006]; and

(2) **Defendant Albertson's LLC's Motion for Leave to File Additional Material In Support of Its Opposition to Plaintiff EEOC's Emergency Motion for Protective Order** [Doc. # 27, filed 9/19/2006].

DATED: October 4, 2006