IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

ALBERTSON'S, INC., ALBERTSON'S LLC,
SUPERVALU, INC. and CERBERUS CAPITAL MANAGEMENT, L.P.

    Defendants.

## ORDER

THIS MATTER is before the Court on two motions:  (1) the Motion to Dismiss Defendant Cerberus Capital Management, L.P. Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(I) (filed October 2, 2006); and (2) the Stipulated Motion to Dismiss Defendant Supervalu, Inc. Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) (filed October 4, 2006).  The Court, having reviewed the motions and being fully advised in the premises,

ORDERS that the Motion to Dismiss Defendant Cerberus Capital Management, L.P. Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(I) and the Stipulated Motion to Dismiss Defendant Supervalu, Inc. Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) are **GRANTED**.  In accordance therewith, it is

ORDERED that Defendants Cerberus Capital Management, L.P. and Supervalu, Inc. are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated: October 4, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge