IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

ALBERTSON'S, INC., ALBERTSON'S LLC,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Albertson's LLC's Motion for Leave to File Response to the EEOC's Rule 72 Objection to Magistrate Judge's October 4, 2006 Order (filed November 1, 2006) is **GRANTED**.  Defendant is hereby granted leave to file the response attached as Exhibit A to the Motion.

    Dated:  November 2, 2006