IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01273-WYD-BNB | Date: January 16, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Nancy Weeks<br>Rita Kittle<br>Kim Rogers |
| Plaintiff, | |
| v. | |
| ALBERTSON'S INC.,<br>ALBERTSON'S LLC, | Lawrence Gartner |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     4:04 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff EEOC's motion for protective order(12/17/06 #54) is TAKEN UNDER ADVISEMENT as stated on the record.**

**ORDERED: Plaintiff EEOC's motion to modify scheduling order and extend deadline to identify class members(12/22/06 # 57) is GRANTED as stated on the record. Plaintiff's shall identify all known claimants on whose behalf it is seeking relief, on or before January 30, 2007.**
**The scheduling order is modified as follows:**
    **Discovery Cut-Off: July 10, 2007**
    **Dispositive motion deadline: August 10, 2007**
    **Expert designation: April 10, 2007**
    **Rebuttal Expert designation: May 11, 2007**

**ORDERED:** **The Pretrial Conference set for September 10, 2007 is reset to October 22, 2007 at 9:00 a.m.  Proposed pretrial order is due on or before October 15, 2007.**

**ORDERED:** **The Settlement Conference set for February 16, 2007 is reset to April 17, 2007 at 1:30 p.m. Updated confidential letters are due on or before April 10, 2007.**

Court in Recess        4:51 p.m.        Hearing concluded.

Total time in court:    00:47