IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.

_____

**ORDER**
_____

This matter is before me on the parties' **Stipulated Motion to Amend Scheduling Order**
[Doc. # 100, filed 4/6/2007] (the "Motion"). The parties seek an extension of the deadlines to

designate expert witnesses and rebuttal expert witnesses by 45 days.

A scheduling order may be amended only upon a showing of good cause. Washington v.

Arapahoe County Dept. of Social Services, 197 F.R.D. 439, 440-41 (D. Colo. 2000). The parties

have made no effort to establish good cause for the requested extension or to justify the length of

the requested extension.

In addition, the parties seek to have the expert designation deadlines extended beyond the

discovery cut-off date of June 1, 2007. I will not extend the schedule on a piecemeal basis.

Instead, the parties must submit a motion which addresses all deadlines that they seek to extend or

which will be affected by an extension and must establish good cause to justify the overall

adjustment of the schedule.

IT IS ORDERED that the Motion is DENIED.

Dated April 12, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge