IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01273-WYD-BNB | Date: April 17, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Rita Kittle<br>Kim Rogers |
| Plaintiff, | |
| v. | |
| ALBERTSON'S INC.,<br>ALBERTSON'S LLC, | Lawrence Gartner by telephone<br>Richard Mandelson |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     8:58 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Plaintiff EEOC's motion for Rule 37 sanctions or in the alternative to compel answers to interrogatories and request for expedited hearing(2/9/07 #70) is denied in part and granted in part.**

**ORDERED:** **Defendant ALBERTSON'S LLC's motion for an order compelling the EECO to provide further responses to discovery requests(3/23/07 #95) is granted in part and denied in part. Responses due on or before June 1, 2007.**

Court in Recess     9:49 a.m.     Hearing concluded.

Total time in court:     00:51