IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Plaintiff EEOC's Motion for Rule 37 Sanctions or In the Alternative to Compel Answers to Interrogatories and Request for Expedited Hearing** [Doc. # 95, filed 3/23/2007] (the "EEOC's Motion to Compel"); and

(2) **Defendant Albertson's LLC's Motion for an Order Compelling the EEOC to Provide Further Responses to Discovery Requests** [Doc. # 95, filed 3/23/2007] ("Albertson's Motion to Compel").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the EEOC's Motion to Compel is GRANTED IN PART and DENIED IN PART as stated on the record. Interrogatory No. 2 shall count as 14 discrete subparts.

IT IS FURTHER ORDERED that Albertson's Motion to Compel is GRANTED IN PART and DENIED IN PART. The EEOC shall provide complete responses to the requests on or before **June 1, 2007**.

Dated April 17, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge