IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff EEOC's Motion to Amend Scheduling Order** [Doc. # 108, filed 4/21/2007] (the "Motion"). The EEOC seeks to extend the pretrial deadlines by approximately 99 days. The defendant, Albertson's, responded to the Motion, stating that it "does not disagree with the necessity for a modification of the existing Scheduling Order nor with the EEOC's suggested modification dates." *Response* [Doc. # 113, filed 5/10/2007]. The principal grounds stated for the requested extension is that discovery has been stalled "due to numerous discovery disputes." *Motion* at p.1.

The requested extension is a long one. I caution the parties that they should use the time allowed prudently because it is unlikely that any further extensions of the case schedule will be granted.

IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified to the following extent:

| | |
|---|---|
| **Discovery Cut-Off:** | **September 10, 2007** |
| **Dispositive Motions Deadline:** | **October 10, 2007** |

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 11, 2007**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 10, 2007**

**Final Pretrial Conference:**  The final pretrial conference set for September 10, 2007, at 8:30 a.m., is VACATED and RESET to **December 10, 2007, at 8:30 a.m.**  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **December 3, 2007**.

Dated May 10, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge