IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's Inc.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion by Applicants Adams and Steadham for Leave to File Reply Brief in Support of Their Motion to Intervene as Party Plaintiffs** [docket no. 130, filed July 17, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and applicants may file a reply brief in support of their Motion to Intervene on or before **July 26, 2007**.

DATED: July 18, 2007