IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.

_____

## ORDER

_____

This matter is before me on **Defendant Albertson's LLC's Motion for an Order Permitting Albertson's LLC to Conduct Four Additional Depositions and Request to Hear Motion on an Expedited Basis** [Doc. # 143, filed 7/31/2007] (the "Motion").  Although the Motion recites that it is opposed, the EEOC failed to file a response.

Good cause having been shown,

IT IS ORDERED that the Motion is GRANTED.  Albertson's is granted leave to conduct the 14 depositions specified in footnote 3 of the Motion.

Dated August 21, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge