IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Motion of Applicants for Intervention to Amend Scheduling Order to Increase Limits on Written Discovery In the Event Their Motions to Intervene Are Granted** [Doc. # 145, filed 8/1/2007] (the "Motion"). As of this time, no one has been permitted to intervene. Consequently, the Motion is premature.

IT IS ORDERED that the Motion is DENIED as premature.

Dated August 21, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge