IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

## ORDER
_____

This matter is before me on the **EEOC's Motion for Leave to Conduct Deposition of Prisoner James Hartley on September 10, 2007, at Douglas County Jail** [Doc. # 152, filed 8/17/2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The plaintiff may depose James Hartley at the Douglas County Jail on September 10, 2007.

Dated August 21, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge