IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendant Albertson's LLC's Motion for a Limited Protective Order Relieving It From Its Obligation to Appear for Deposition on August 2, 2007 Due To the Unavailability of All Witnesses and Counsel** [Doc. # 147, filed 8/1/2007] ("Albertson's First Motion for Protective Order"); and

(2) **Defendant Albertson's LLC's Motion for a Limited Protective Order Pursuant to Federal Rules of Civil Procedure 26(c)(1)(2) Relieving It From Its Obligation to Produce Witnesses for Matter Nos. 9 and 17 In Notice of Deposition of Albertson's LLC** [Doc. # 156, filed 8/20/2007] ("Albertson's Second Motion for Protective Order").

Also pending are the following motions filed by Albertson's:

(3) **Emergency Motion of Albertson's LLC to Exclude Counsel for Applicants for Intervention James Baxter, Christopher Adams and James Steadham From Depositions Other Than Applicants for Intervention's Own Deposition and to Compel the Attendance**

**of James Baxter at the Resumption of His Deposition on August 7, 2007** [Doc. # 141, filed 7/30/2007] (the "Motion to Exclude Counsel");

(4)   **Defendant Albertson's LLC's Motion In Support of Its Confidential Designation Pursuant to the Protective Order Regarding the Use and Dissemination of Confidential Information** [Doc. # 150, filed 8/14/2007] (the "Motion re Confidential Designation");

(5)   **Emergency Motion of Defendant Albertson's LLC to Compel the Mental Examination and Psychological Testing of James L. Baxter, Robert Patrick Ruiz, and David Robert Lopez Under Federal Rule of Civil Procedure 35** [Doc. # 169, filed 8/31/2007] (the "Motion for Examination");

(6)   **Defendant Albertson's LLC's Motion to Quash the Non-Party Subpoena Duces Tecum Served Upon Wackenhut Corporation Pursuant to FRCP 45(c)(3) and 26(c)** [Doc. # 180, filed 9/9/2007] (the "Motion to Quash"); and

(7)   **Defendant Albertson's LLC's Motion Pursuant to F.R.C.P. 16 and 26 for an Order for Leave to Conduct Certain Deposition After the Presently Scheduled Discovery Cut-Off and To Set Deposition Schedule** [Doc. # 183, filed 9/10/2007] (the "Motion for Extension").

The parties appeared this morning pursuant to my order, and I made oral rulings on the record, which are incorporated here. Among other things, I found that Albertson's is engaged in a pattern of discovery and litigation abuse; has acted unreasonably in the conduct of this litigation; and has unnecessarily expanded the litigation by filing unnecessary and groundless motions. In summary and for the reasons stated on the record:

IT IS ORDERED that Albertson's First Motion for Protective Order is DENIED as frivolous.

IT IS FURTHER ORDERED that Albertson's Second Motion for Protective Order is DENIED as frivolous.

IT IS FURTHER ORDERED that Albertson's Motion to Exclude Counsel; Motion re Confidential Designation; Motion for Examination; Motion to Quash; and Motion for Extension are all DENIED WITHOUT PREJUDICE.  These motions may be renewed, if at all, only upon the written certification of Albertson's counsel that the motions are made in good faith and raise important, disputed issues which the parties were unable to resolve after a meaningful conference pursuant to D.C.COLO.LCivR 7.1A where the parties met in person and attempted in good faith to resolve the matter, including compromising on issues where appropriate.

Dated October 3, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge