IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.

_____

**ORDER**

_____

This matter is before me on the **Motion for Clarification of Order Re: Baxter's**

**Intervention (Dkt. 263)** [Doc. # 272, filed 12/6/2007] (the "Motion").  Intervenor James Baxter

requests that I clarify my Order [Doc. # 263] to allow him to bring a claim under 42 U.S.C. §

1981.  The Motion is DENIED.

Contrary to Baxter's assertion in the Motion, the Complaint In Intervention and Jury

Demand [Doc. # 264] does not contain a claim under § 1981.  Although 42 U.S.C. § 1981a is

asserted as a basis for jurisdiction, Complaint In Intervention at ¶2, there are only three claims

asserted, and they are: (1) "First Cause of Action: Title VII Race Discrimination"; (2) "Second

Cause of Action: Age Discrimination"; and (3) "Third Cause of Action: Retaliation."  Id. at p.5.

There is no claim of race discrimination asserted under 42 U.S.C. § 1981.

IT IS ORDERED that the Motion is DENIED.

Dated December 7, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge