IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

# ORDER
_____

The parties appeared today for a status conference. I heard argument on numerous pending motions and entered rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED the **Motion to Stay; Or, In the Alternative, Motion to Allow Counsel for Prospective Intervenors to Fully Participate in Remaining Depositions** [Doc. # 133, filed 7/25/2007] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the **EEOC's Motion for Extension of Time to Respond to Discovery Requests** [Doc. # 165, filed 8/30/2007] is DENIED AS MOOT.

IT IS FURTHER ORDERED that **Plaintiff EEOC's Motion for Entry of a Protective Order Pursuant to Fed. R. Civ. P. 26 to Prevent the Deposition of Nate Valentine on September 10, 2007** [Doc. # 179, filed 9/9/2007] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the **Motion for Entry of a Protective Order to Prevent the Depositions of Dr. Robert Atwell, William Slater, and Dawn Weber** [Doc. # 171, filed 9/3/2007] is DENIED and DENIED AS MOOT as follows:

DENIED with respect to William Slater. That deposition may occur so long as it does not cause Albertson's to exceed its numerical limits on depositions; and

DENIED AS MOOT with respect to Dr. Robert Atwell and Dawn Weber.

IT IS FURTHER ORDERED that the **EEOC's Motion for Amendment of Scheduling Order Necessitated by Defendant's Motion for Protective Order [Dkt #147], and for Leave to Conduct Certain Depositions After Discovery Cutoff** [Doc. # 176, filed 9/6/2007] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the **EEOC's Motion to Compel Production of Insurance Policy as Required Under Fed. R. Civ. P. 26(a)(1)(D)** [Doc. # 208, filed 10/2/2007] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the **EEOC's Motion for Withdrawal of Motions for Protective Orders, Doc. # 171 and 179** [Doc. # 269, filed 12/5/2007] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the **Joint Motion to Amend Protective Order** [Doc. # 273, filed 12/6/2007] is GRANTED.

IT IS FURTHER ORDERED that the EEOC's oral motion for an extension of time, to and including **December 13, 2007**, to file a reply in support of Plaintiff's Motion to Strike Rule 26 Disclosures [etc.] [Doc. # 242, filed 11/3/2007] is GRANTED.

IT IS FURTHER ORDERED that the case schedule and limits on discovery are modified to the following extent:

Discovery Cut-Off: **April 11, 2008**

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

The EEOC may take and/or complete the following depositions: (1) Nancy Amore; (2) Gary Scarff; (3) George Potter; (4) James Hartley; (5) Danny Ma; (6) Katina Wood; and (7) Michele Eirish pursuant to Rule 30(b)(6).

Albertson's may take and/or complete the following depositions: (1) Nate Valentine; (2) Ignacio Castillo-Santana; (3) Proctor McCovy; (4) Dorian Pullman; (5) Christopher Adams; (6) Dr. Robert Atwell; (7) Robert Ruiz; (8) David Lopez; (9) Floyd Martinez; (10) Christopher Adams; (11) James Baxter; (12) Luis Solis-Gonzalez; and (13) James Steadman.

The Intervenors may reopen the depositions of Messrs. Miller and Hayes and Michele Eirish, each reopened deposition not to exceed four hours. In addition, the Intervenors may take up to ten additional depositions. These depositions are all limited to matters concerning the Intervenors' individual claims.

The Intervenors, collectively, may serve on Albertson's up to 15 interrogatories; 15 requests for production of documents; and 15 requests for admissions. Albertson's may serve on the Intervenors a total of 15 requests for production of documents and 15 requests for admissions. This written discovery is limited to matters concerning the Intervenors' individual claims.

Dispositive Motions Deadline: **April 11, 2008**

**Final Pretrial Conference:** A final pretrial conference will be held in this case on **June 10, 2008 at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **June 3, 2008**.

Dated December 10, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge