IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

ALBERTSON'S, INC., ALBERTSON'S LLC,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Unopposed Motion by EEOC to Withdraw its Motion for Partial Summary Judgment [Dkt. No. 289] is **GRANTED**. The EEOC's Motion for Partial Summary Judgment [Dkt. No. 230] is withdrawn, without prejudice to file a dispositive motion at the conclusion of the discovery period.

    The EEOC's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment [Dkt. No. 271] is **GRANTED IN PART AND DENIED IN PART**. The motion is denied as to the request to extend the deadline to respond to Defendant's Motion for Summary Judgment up to the new discovery deadline of April 11, 2008. That extension is too long and I find that the EEOC has not established why it needs to wait until after the additional discovery is completed to file its response to Defendant's motion. However, the EEOC's motion is granted as to the alternative request for an extension of time to respond by December 21, 2007. The EEOC has up to and including **Friday, December 21, 2007**, in which to respond to Defendant's Motion for Summary Judgment.

    Albertson LLC's Unopposed Motion for a Reciprocal Extension of Time to Respond to EEOC's Motion for Partial Summary Judgment [Dck. No. 280] is **DENIED AS MOOT** since the Motion for Partial Summary Judgment has been withdrawn.

    Dated: December 11, 2007