IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

CHRISTOPHER ADAMS,
JAMES BAXTER,
JAMES STEADHAM,
LUIS SOLIS GONZALES, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Unopposed Motion of Defendant Albertson's LLC to Withdraw Its Motion for Summary Judgment [Dkt. No. 296] is **GRANTED**. Defendant's Motion for Summary Judgment [Dkt. No. 223] is withdrawn, without prejudice to file a new dispositive motion at the conclusion of the discovery period.

    Dated: December 13, 2007