IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01273-WYD-BNB | Date: December 19, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Lyn Palma<br>Nancy Weeks<br>David Winston |
| Plaintiff, | |
| and | |
| JAMES L. BAXTER, | Andrea Kershner<br>Elwyn Schaefer |
| CHRISTOPHER ADAMS, | William Martinez |
| JAMES STEADHAM, | William Martinez |
| LUIS SOLIS GONZALEZ, an individual, and | William Martinez |
| NATE VALENTINE, | William Martinez |
| Intervenors, | |
| v. | |
| ALBERTSON'S INC.,<br>ALBERTSON'S LLC, | Lawrence Gartner |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     10:29 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff/Intervenor James Baxter's motion to amend complaint as a matter of right pursuant to Rule 15(a) filed December 7, 2008; #282 is granted as stated on the record. The Clerk of Court is directed to accept the amended complaint for filing. Any response due within 10 days.

**ORDERED:** Motion of Albertson's LLC to compel the attendance of James Baxter at the resumption of his deposition pursuant to FRCP 30 filed December 8, 2007; #283 is granted as stated on the record. Court will not impose sanctions against Albertson's.

**ORDERED:** Motion of defendant Albertson's LLC to compel the mental examination and psychological testing of James L. Baxter, Robert Patrick Ruiz, and David Robert Lopez under Federal Rule of Civil Procedure 35 filed December 8, 2007; #284 is granted as stated on the record.

**ORDERED:** Oral motion to allow Dr. Atwell to be a designated expert for James L. Baxter is granted as stated on the record.

**ORDERED:** Joint deposition schedule is approved.

**ORDERED:** Oral motion by the intervenors to allow the second deposition of Mr. Steadham be limited to 4 hours is granted as stated on the record.

**ORDERED:** Oral motion by the intervenors to allow depositions to be moved and allow 5 more depositions to be taken is granted as stated on the record.

Court in Recess      11:30 a.m.      Hearing concluded.

Total time in court:      01:01