IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

**ORDER**
_____

The parties appeared yesterday for hearing on several pretrial motions. I heard argument and entered rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that **Plaintiff/Intervenors James Baxter's Motion to Amend Complaint as a Matter of Right Pursuant to Rule 15(a)** [Doc. # 282, filed 12/7/2007] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint In Intervention and Jury Demand [Doc. # 282-2]. Defendant shall respond to the Amended Complaint In Intervention and Jury Demand within ten days.

IT IS FURTHER ORDERED that the **Motion of Albertson's LLC to Compel the Attendance of James Baxter at the Resumption of His Deposition Pursuant to FRCP 30**

[Doc. # 283, filed 12/8/2007] is GRANTED. Mr. Baxter shall appear for the resumption of his deposition on January 31, 2008, at 9:00 a.m., without any further payments from the defendant.

IT IS FURTHER ORDERED that the **Motion of Defendant Albertson's LLC to Compel the Mental Examination and Psychological Testing of James L. Baxter, Robert Patrick Ruiz, and David Robert Lopez Under Federal Rule of Civil Procedure 35** [Doc. # 284, filed 12/8/2007] is GRANTED. Messrs. Baxter, Ruiz, and Lopez shall submit to mental examination and psychological testing by Dr. William D. Hansen at 1777 South Harrison Street, Suite 840, Denver, Colorado, not to exceed five hours each, including the administration of a Rorschach Inkblot test and a Personality Assessment Inventory. The examinations shall occur on the following dates and times:

| | |
|---|---|
| James L. Baxter | January 25, 2008, at 9:00 a.m. |
| Robert Patrick Ruiz | February 1, 2008, at 9:00 a.m. |
| David Robert Lopez | February 8, 2008, at 9:00 a.m. |

IT IS FURTHER ORDERED that the unopposed oral motion of James L. Baxter to designate Dr. Robert Atwell as his specially retained expert is GRANTED.

IT IS FURTHER ORDERED that the **Joint Proposed Deposition Schedule for All Remaining Depositions to Be Taken In the Case** [Doc. # 310, filed 12/18/2007] (the "Deposition Schedule") is made an order of the court. Only the depositions designated in the Deposition Schedule, plus five additional depositions to be noticed by the intervenors, may be taken. All depositions must be taken at the date and time designated in the Deposition Schedule, absent order of the court or unanimous agreement of the parties.

IT IS FURTHER ORDERED that the unopposed oral motion of James Steadham to limit his deposition to not more than four hours is GRANTED.

Dated December 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge