IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.06-cv-01273-WYD- BNB        Date: January 14, 2008
Courtroom Deputy: Geneva D. Mattei          FTR BNB COURTROOM A401

---

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Lyn Palma<br>Nancy Weeks<br>David Winston |
| Plaintiff, | |
| and | |
| JAMES L. BAXTER, | Elwyn Schaefer |
| CHRISTOPHER ADAMS, | William Martinez |
| JAMES STEADHAM, | William Martinez |
| LUIS SOLIS GONZALEZ, | William Martinez |
| an individual, and | |
| NATE VALENTINE, | William Martinez |
| Intervenors, | |
| v. | |
| ALBERTSON'S INC., | |
| ALBERTSON'S LLC, | Richard Mandelson |
| Defendants. | |

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:    8:58 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendant Albertson's LLC's motion for sanctions and for an order compelling the EEOC to respond to its third and fourth set of interrogatories pursuant to Rule 37 and the Federal Rules of Civil Procedure filed December 17, 2007; doc 306 is granted in part and denied in part as stated on the record. Responses shall be provided on or before February 14, 2008.

**ORDERED:** Defendant Albertson's LLC's second motion for an order compelling the EEOC to produce documents and for an order awarding sanctions filed December 18, 2007; doc 308 is granted in part and denied in part as stated on the record. Documents shall be produced within 30 days.

Court in Recess    10:21 a.m.    Hearing concluded.

Total time in court:    01:23