IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendant Albertson's LLC's Motion for Sanctions and for an Order Compelling the EEOC to Respond to Its Third and Fourth Set of Interrogatories Pursuant to Rule 37 and the Federal Rules of Civil Procedure** [Doc. # 306, filed 12/17/2007] (the "Motion to Compel Interrogatory Answers"); and

(2) **Defendant Albertson's LLC's Second Motion for an Order Compelling the EEOC to Produce Documents and for an Order Awarding Sanctions** [Doc. # 308, filed 12/18/2007] (the "Motion to Compel 22 Boxes").

I held a hearing on the motions this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel Interrogatory Answers is GRANTED IN PART and DENIED IN PART as follows:

>GRANTED to require the EEOC to answer Interrogatories No. 12 through 16 insofar as those interrogatories concern complaints of discrimination or harassment; disparate disciplinary action; racial or ethnic slurs, jokes, comments, or other usages; racial or ethnic writings, pictures, or graffiti; or disparate treatment in job assignments upon which the plaintiff/intervenors will rely at trial;

>GRANTED to require the EEOC to answer Interrogatory No. 17; and

>DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion to Compel 22 boxes is GRANTED to require the production of documents and DENIED insofar as it seeks the imposition of sanctions.

IT IS FURTHER ORDERED that the EEOC shall make the discovery required by this order available to Albertson's on or before **February 14, 2008**.

Dated January 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge