IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

ALBERTSON'S, INC., ALBERTSON'S LLC,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff EEOC's Motion to Extend Page Limit [Doc. # 340, filed 1/28/08] is **GRANTED.** The EEOC may file an objection that exceeds the page limitations set forth in my Practice Standards by no more than five (5) pages.

    Dated: January 28, 2008.