IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

and

CHRISTOPHER ADAMS,
JAMES BAXTER,
JAMES STEADHAM,
LUIS SOLIS GONZALES, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

        Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

        Defendant Albertson's LLC's Unopposed Motion for Leave to File a Twenty Page
Response Within Ten Days to Plaintiff EEOC's Objection Pursuant to Fed.R.Civ.P.
72(A) to Decision of Magistrate Judge on Defendant's Motion to Compel Information
Relating to Commissioner's Charge is **GRANTED**.  While my Minute Order of January
29, 2008, gave Defendant until February 7, 2008, to file a response, this deadline is
extended to **Friday, February 8, 2008**.

        Dated:  January 30, 2008.