IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

CHRISTOPHER ADAMS,
JAMES BAXTER,
JAMES STEADHAM,
LUIS SOLIS GONZALES, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff EEOC's Partially Unopposed Motion to Re-Schedule Oral Argument on Fed.R.Civ.P. 72(a) Objection to Decision of Magistrate Judge on Defendant's Motion to Compel Information Relating to Commissioner's Charge (filed February 5, 2008) is **GRANTED**. The hearing currently set for Tuesday, February 12, 2008, at 4:00 p.m. is **VACATED** and **RESET** to **Wednesday, February 13, 2008, at 3:30 p.m.**

    Dated: February 5, 2008