IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiff EEOC's Motion for Leave to Reply to Defendant's Response to EEOC's Motion for Protective Order** [Doc. # 431, filed 5/9/2008] (the "Motion to Reply"). I have reviewed the EEOC's Motion for Protective Order [Doc. # 404] and Albertson's Response. Further briefing would not materially assist me in reaching a decision on the Motion for Protective Order.

IT IS ORDERED that he Motion to Reply is DENIED.

Dated May 12, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge