IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01273-WYD-BNB | Date: June 10, 2008 |
| Courtroom Deputy: Valeri P. Barnes | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | David Winston<br>Nancy Weeks |
| Plaintiff | |
| v. | |
| CHRISTOPHER ADAMS,<br>JAMES BAXTER,<br>LUIS SOLIS-GONZALEZ,<br>JAMES STEADHAM, and<br>NATE VALENTINE, | Elwyn Schaefer<br>William Martinez |
| Intervenors, | |
| v. | |
| ALBERTSON'S LLC,<br>    f/k/a Albertson's Inc., | Larry Gartner<br>Richard Mandelson |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

**10:04 a.m.**    **Court in session.**

Also present: Albertson's client representative Danny Ma, and Mark Bove, attorney for witness Matthew Ricks.

**ORDERED:**   Defendant Albertson's LLC's Motion Pursuant to 16 and 26 for an Order Granting Leave to Take an Additional 23 Depositions and for an Order for Leave to Conduct Certain Depositions After the Presently Scheduled Discovery Cut-Off **(385)** is **granted in part** as follows:
    **1)** The EEOC shall submit a witness list identifying the witnesses that will be listed on the Pretrial Order on or before **June 18, 2008.**
    **2)** Those witnesses shall be made available for deposition, each deposition

not to exceed four hours in length. Defendant may not re-depose any witness that has been previously deposed. The depositions shall be completed by **July 18, 2008**.
**3)** The submitted list is a final witness list and may not be amended except to avoid manifest injustice.

**ORDERED:** Defendant's Motion to Compel Intervenor James Baxter to Respond to Albertson's Discovery Requests or in the Alternative Motion for Leave to Serve Discovery Outside the Court's Discovery Deadline **(394)** is **denied**.

**ORDERED:** Plaintiff EEOC's Motion for Protective Order Regarding Defendant's First Requests for Admissions **(404)** is **denied**. Responses to the 189 admission requests are due on or before **June 24, 2008**.

**ORDERED:** Defendant Albertson's LLC's Motion Pursuant to FRCP 30 and 26 for an Order Granting Seven Hours of Additional Time for Its Questioning at the Deposition of Matthew W. Ricks **(406)** is **granted in part** as follows:
**1)** Mr. Ricks' deposition is subject to the Court's earlier ruling on Doc. # 385.
**2)** The EEOC/Intervenors will be allowed an additional one-hour of deposition time.
**3)** Mr. Bove shall inform counsel by **June 18, 2008** as to whether or not there will be any problem with Mr. Ricks' appearance for said deposition.

**ORDERED:** Proposed Final Pretrial Order due no later than **10:00 a.m., August 25, 2008**. Final Pretrial Conference set for **August 29, 2008, at 10:00 a.m.**

**11:32 a.m.** **Court in recess/hearing concluded.**

Total in-court time: 1:28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 06-cv-01273-WYD-BNB         Date: June 10, 2008
Courtroom Deputy: Valeri P. Barnes           FTR BNB COURTROOM A-401

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | David Winston Nancy Weeks |

Plaintiff

v.

CHRISTOPHER ADAMS,                          Elwyn Schaefer
JAMES BAXTER,                               William Martinez
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC,                            Larry Gartner
    f/k/a Albertson's Inc.,               Richard Mandelson

Defendant.

## COURTROOM MINUTES

**HEARING: MOTIONS**

**10:04 a.m.**     **Court in session.**

Also present: Albertson's client representative Danny Ma, and Mark Bove, attorney for witness Matthew Ricks.

**ORDERED:** Defendant Albertson's LLC's Motion Pursuant to 16 and 26 for an Order Granting Leave to Take an Additional 23 Depositions and for an Order for Leave to Conduct Certain Depositions After the Presently Scheduled Discovery Cut-Off **(385)** is **granted in part** as follows:
    **1)** The EEOC shall submit a witness list identifying the witnesses that will be listed on the Pretrial Order on or before **June 18, 2008.**
    **2)** Those witnesses shall be made available for deposition, each deposition

not to exceed four hours in length. Defendant may not re-depose any witness that has been previously deposed. The depositions shall be completed by **July 18, 2008**.
**3)** The submitted list is a final witness list and may not be amended except to avoid manifest injustice.

**ORDERED:** Defendant's Motion to Compel Intervenor James Baxter to Respond to Albertson's Discovery Requests or in the Alternative Motion for Leave to Serve Discovery Outside the Court's Discovery Deadline **(394)** is **denied**.

**ORDERED:** Plaintiff EEOC's Motion for Protective Order Regarding Defendant's First Requests for Admissions **(404)** is **denied**. Responses to the 189 admission requests are due on or before **June 24, 2008**.

**ORDERED:** Defendant Albertson's LLC's Motion Pursuant to FRCP 30 and 26 for an Order Granting Seven Hours of Additional Time for Its Questioning at the Deposition of Matthew W. Ricks **(406)** is **granted in part** as follows:
**1)** Mr. Ricks' deposition is subject to the Court's earlier ruling on Doc. # 385.
**2)** The EEOC/Intervenors will be allowed an additional one-hour of deposition time.
**3)** Mr. Bove shall inform counsel by **June 18, 2008** as to whether or not there will be any problem with Mr. Ricks' appearance for said deposition.

**ORDERED:** Proposed Final Pretrial Order due no later than **10:00 a.m., August 25, 2008**. Final Pretrial Conference set for **August 29, 2008, at 10:00 a.m.**

**11:32 a.m.** **Court in recess/hearing concluded.**

Total in-court time: 1:28