IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendant Albertson's LLC's Motion Pursuant to FRCP 16 and 26 for an Order Granting Leave to Take an Additional 23 Depositions and for an Order for Leave to Conduct Certain Depositions After the Presently Scheduled Discovery Cut-Off** [Doc. # 385, filed 4/2/2008] (the "Motion to Take 23 Depositions");

(2) **Defendant's Motion to Compel Intervenor James Baxter to Respond to Albertson's Discovery Requests or In the Alternative Motion for Leave to Serve Discovery Outside the Court's Discovery Deadline** [Doc. # 394, filed 4/7/2008] (the "Motion to Compel Baxter");

(3)     **Plaintiff EEOC's Motion for Protective Order Regarding Defendant's First Requests for Admissions** [Doc. # 404, filed 4/10/2008] (the "Motion for Protective Order"); and

(4)     **Defendant Albertson's LLC's Motion Pursuant to FRCP Rules 30 and 26 for an Order Granting Seven Hours of Additional Time for Its Questioning at the Deposition of Matthew W. Ricks** [Doc. # 406, filed 4/11/2008] (the "Motion to Depose Ricks").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Take 23 Depositions is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to allow the defendant to depose all trial witnesses identified by the EEOC. To effectuate this order, on or before **June 18, 2008**, the EEOC shall file and serve a list of all will call and may call witnesses who ultimately will be listed by the EEOC on the final pretrial order (the "Witness List"). Thereafter, the Witness List shall control who the EOC may call as witnesses at trial and may be modified or amended only by order of the court to prevent manifest injustice. Discovery is reopened to and including **July 18, 2008**, solely to allow the defendant to depose the witnesses identified on the Witness List who have not previously been deposed by the defendant, each such deposition to last no more than four hours; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion to Compel Baxter is DENIED, no good cause having been shown to extend the discovery cut-off to allow the late service of the discovery requests.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED. The EEOC shall admit or deny the requests for admissions at issue on or before **June 24, 2008**.

IT IS FURTHER ORDERED that the Motion to Depose Ricks is GRANTED. Mr. Ricks' deposition is continued and reopened for not more than five additional hours of questioning, four hours allocated to the defendant and one hour allocated to the EEOC and intervenors collectively. Mr. Ricks' continued deposition shall be completed on or before **July 18, 2008**.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on **August 29, 2008, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The proposed final pretrial order shall be prepared by the parties and submitted to the court no later than **August 25, 2008, at 10:00 a.m.**

Dated June 10, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge