IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.

---

## ORDER

---

This matter is before me on **Plaintiff EEOC's Unopposed Motion for Leave to Amend Trial Witness List** [Doc. # 474, filed 7/8/2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing Plaintiff EEOC's First Amended Trial Witness List [Doc. # 474-2].

Dated July 14, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge