IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Albertson's LLC's Motion for Extension of Time to Complete Depositions of Trial Witnesses Designated by Plaintiff Equal Employment Opportunity Commission** [Doc. # 476, filed 7/11/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. Albertson's may have to and including **August 29, 2008**, within which to complete the depositions of the EEOC's trial witnesses. **No further extension of this deadline will be allowed**.

IT IS FURTHER ORDERED that the 11 day notice period under D.C.COLO.LCivR 30.1A shall not apply to these depositions, and the depositions may be taken on 48 hours notice

IT IS FURTHER ORDERED that the parties shall confer and shall either (1) file by 4:00 p.m. today (July 28, 2008) a schedule for all remaining trial witness depositions to be taken or (2) appear at 4:00 p.m. today (July 28, 2008) in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, for a hearing at which time I shall set the deposition schedule.

IT IS FURTHER ORDERED that the final pretrial conference set for August 29, 2008, at 10:00 a.m., is VACATED and RESET to **September 15, 2008, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit to the court a proposed final pretrial order on or before **September 8, 2008**.

Dated July 28, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge