IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.

## ORDER ESTABLISHING DEPOSITION SCHEDULE

Attached hereto is the parties' Proposed Deposition Schedule [Doc. # 496-2, filed 7/28/2008] submitted consistent with my order entered earlier today.

IT IS ORDERED that the Proposed Deposition Schedule is hereby made an order of the court, and the depositions of the listed witnesses shall be taken, if at all, only on the dates and times specified in this Deposition Schedule.

IT IS FURTHER ORDERED that the Deposition Schedule may be varied only by order of the court.

Dated July 28, 2008.

BY THE COURT:

*[signature]*
United States Magistrate Judge

**EEOC v. ALBERTSON's LLC**
**PROPOSED DEPOSITION SCHEDULE**
**JULY/AUGUST 2008**

| Date | Time | Deponent | Deposition Location |
|---|---|---|---|
| July 31, 2008 Thursday | 9:00 a.m. | Vince Shaw | Esquire Court Reporters<br>303 E. 17th Avenue, Suite 565<br>Denver, CO 80202<br>(303) 861-0600<br>Denver, CO |
| August 7, 2008 Thursday | 9:00 a.m. | Brad Davis | Ballard Spahr Andrews & Ingersoll, LLP<br>Suite 2300<br>1225 17th Street<br>Denver, CO 80202-5596<br>(303) 292-2400 |
|  | 2:00 p.m. | John Threats |  |
| August 8, 2008 Friday | 9:00 a.m. | Brian Davis | Baker Hostetler<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264<br>(303) 861-0600 |
|  | 2:00 p.m. | Oren Colbert |  |
| August 11, 2008 Monday | **Blocked Day – Albertsons Settlement Conference** | | |

| August 12, 2008 Tuesday | 9:00 a.m. | Daniel Grice | Baker Hostetler 303 East 17th Avenue Suite 1100 Denver, CO 80203-1264 (303) 861-0600 |
| --- | --- | --- | --- |
| | 2:00 p.m. | Esteban Hernandez | Ballard Spahr Andrews & Ingersoll, LLP Suite 2300 1225 17th Street Denver, CO 80202-5596 (303) 292-2400 |
| August 13, 2008 Wednesday | 9:00 a.m. | No depo scheduled | |
| | 2:00 p.m. | Billy Mitchell | Ballard Spahr Andrews & Ingersoll, LLP Suite 2300 1225 17th Street Denver, CO 80202-5596 (303) 292-2400 |
| August 14, 2008 Thursday | 9:00 a.m. | Jesus Lopez | |
| | 2:00 p.m. | Roderick Montgomery | |
| August 15, 2008 Friday | 9:00 a.m. | Nathan Young | Baker Hostetler 303 East 17th Avenue Suite 1100 Denver, CO 80203-1264 (303) 861-0600 |
| | 2:00 p.m. | Ruben Smoots | |
| August 18, 2008 Monday | 9:00 a.m. | Tresa Esquivel | Ballard Spahr Andrews & Ingersoll, LLP Suite 2300 1225 17th Street Denver, CO 80202-5596 (303) 292-2400 |
| | 2:00 p.m. | Michael Velasquez | |

2

| Date | Time | Deponent | Location |
|---|---|---|---|
| August 19, 2008 Tuesday | 8:30 a.m. | No depo scheduled | Ballard Spahr Andrews & Ingersoll, LLP Suite 2300 1225 17th Street Denver, CO 80202-5596 (303) 292-2400 |
| | 2:00 p.m. | Michel Ray | |
| August 20, 2008 Wednesday | 9:00 a.m. | Nancy Carson | Baker Hostetler 303 East 17th Avenue Suite 1100 Denver, CO 80203-1264 (303) 861-0600 |
| | 2:00 p.m. | Shawn Walcheski | |
| August 21, 2008 Thursday | | **NO DEPOS THIS DAY** | |
| August 22, 2008 Friday | 9:00 a.m. | John Kanopic | Ballard Spahr Andrews & Ingersoll, LLP Suite 2300 1225 17th Street Denver, CO 80202-5596 (303) 292-2400 |
| | 2:00 p.m. | Taeshaud Jackson | |
| August 25, 2008 Monday | 9:00 a.m. | No deposition scheduled | |
| | 2:00 p.m. | Floyd Parker* | Ballard Spahr Andrews & Ingersoll, LLP Suite 2300 1225 17th Street Denver, CO 80202-5596 (303) 292-2400 |

| | | | |
|---|---|---|---|
| August 26, 2008 Tuesday | 9:00 a.m. | Mino Watkins | Baker Hostetler<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264<br>(303) 861-0600 |
| | 2:00 p.m. | Ralph Beaver* | |
| August 27, 2008 Wednesday | 9:00 a.m. | Fred Gold | Baker Hostetler<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264<br>(303) 861-0600 |
| | 2:00 p.m. | Steve Dade** | Ballard Spahr Andrews & Ingersoll, LLP<br>Suite 2300<br>1225 17th Street<br>Denver, CO 80202-5596<br>(303) 292-2400 |
| August 28, 2008 Thursday | 9:00 a.m. | Mike Anderson* | |
| | 2:00 p.m. | Mario Cooper | Ballard Spahr Andrews & Ingersoll, LLP<br>Suite 2300<br>1225 17th Street<br>Denver, CO 80202-5596<br>(303) 292-2400 |
| August 29, 2008 Friday | | **Blocked Day – Albertson's Pre-Trial Conference at 1:30pm** | |

* Previously scheduled for deposition, but service unable to be effectuated due to incorrect address or no address.
** Deposition adjourned by agreement of parties in order to meet & confer regarding EEOC's representation of deponent.