IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

JAMES L. BAXTER,
CHRISTOPHER ADAMS,
JAMES STEADHAM,
LUIS SOLIS GONZALEZ, an individual, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's Inc.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Participate by Telephone** [docket no. 510, filed August 18, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and attorney Elwyn Schaefer may appear by telephone for the Pretrial Conference and hearing set for September 15, 2008, at 8:30 a.m. He is to call Chambers at the appropriate time at 303/844-6408.

DATED: August 22, 2008