IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

CHRISTOPHER ADAMS,
JAMES BAXTER,
JAMES STEADHAM,
LUIS SOLIS GONZALES, and
NATE VALENTINE,

    Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff EEOC's Motion For Extensions of Time To Respond to Albertson's Motions to Supplement the Record on Summary Judgment [Dkt 513] and to Strike [Dkt 523] (filed 9/3/08) is **GRANTED.**

    Further, due to the sheer volume of the pleadings filed in this case, the fact that motions and briefs are still being filed only weeks before the hearing set for October 2, 2008, and my trial schedule in September, there is simply not time for me to be able to adequately prepare for a hearing on that date.  Accordingly, the hearing set for October 2, 2008, at 2:00 p.m. is **VACATED** and **RESET** to **Thursday, October 30, 2008, at 2:00 p.m.**  Due to the congestion in the Court's calendar, the parties are urged to make every effort to make themselves available this date.

    Dated:  September 4, 2008.