IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

JAMES L. BAXTER,
CHRISTOPHER ADAMS,
JAMES STEADHAM,
LUIS SOLIS GONZALEZ, an individual, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's Inc.,

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff EEOC's Motion for Leave to Reply to Albertson's Response [Dkt 535] to EEOC's Partially Unopposed Motion for Leave to Amend Trial Witness List [Dkt 502]** [docket no. 540, filed September 10, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attachment to docket no. 540, the Plaintiff EEOC's Reply to Albertson's Response [Dkt 535] to EEOC's Partially Unopposed Motion for Leave to Amend Trial Witness List [Dkt 502], for filing.

DATED:  September 11, 2008