IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Plaintiff EEOC's Partially Unopposed Motion for Leave to Amend Trial Witness List** [Doc. # 502, filed 8/12/2008] (the "Motion"). I held a hearing on the Motion this morning.

IT IS ORDERED that the Motion is GRANTED, and the EEOC's witness list is modified a specified in the Motion.

Dated September 15, 2008.

BY THE COURT:

 s/ Boyd N. Boland              
United States Magistrate Judge