IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01273-CMA-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATE VALENTINE,

Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

Defendant.

_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendant Albertson's LLC's Motion to Disqualify EEOC Attorneys** [Doc. # 556, filed 9/25/2008] (the "Motion to Disqualify"); and

(2) **Joint Motion to Amend Protective Order** [Doc. # 575, filed 10/27/2008].

I took these motions up at the final pretrial conference held this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Disqualify is DENIED.

IT IS FURTHER ORDERED that the Joint Motion to Amend Protective Order is GRANTED.

Dated November 12, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge