IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01273-CMA-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATHANIEL VALENTINE,

    Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's Inc.,

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This matter is before the Court on the parties' Joint Motion to Stay Proceedings (Doc. # 593). The Court, having reviewed the motion and good cause being shown, IT IS HEREBY ORDERED that:

    1.    This action is STAYED for 30 days, pending negotiation and finalization of a consent decree and related settlement documents;

    2.    On or before March 20, 2009, the parties shall file either a joint status report or appropriate settlement papers.

DATED: February  19 , 2009    BY THE COURT:

                                                            CHRISTINE M. ARGUELLO
                                                        United States District Judge