IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01273-CMA-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZALEZ,
JAMES STEADHAM, and
NATHANIEL VALENTINE,

    Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's Inc.,

    Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND STAY

This matter is before the Court on the parties' Joint Status Report and Motion to Extend Stay (Doc. # 598). The Court, having reviewed the motion and good cause being shown, IT IS HEREBY ORDERED that:

1. This action is STAYED for an additional 60 days, pending negotiation and finalization of a consent decree and related settlement documents;

2. On or before May 20, 2009, the parties shall file either a joint status report or appropriate settlement papers.

DATED: March __24__, 2009, *nunc pro tunc* March 20, 2009

                                            BY THE COURT:

                                            */s/ Christine M. Arguello*
                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge