IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01273-CMA-BNB
(Consolidated with Civil Action No. 08-cv-00640-LTB-MJW and
Civil Action No. 08-cv-02424-MSK-CBS)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZÁLEZ,
JAMES STEADHAM, and
NATHANIEL VALENTINE,

    Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

    Defendant.

## ORDER TO CONSOLIDATE CASES

This matter is before the Court on the parties' Joint Motion to Consolidate to Determine Joint Motion for Entry of Consent Decree (Doc. # 612). Upon consideration of the motion, it is hereby

ORDERED that the Motion is GRANTED. With the consent of Chief Judge Wiley Y. Daniel, Senior Judge Lewis T. Babcock and Judge Marcia S. Krieger, *EEOC v. Albertson's LLC*, Case No. 08-cv-00640-LTB-MJW, and *EEOC v. Albertson's LLC*,

Case No. 08-cv-02424-MSK-CBS, are CONSOLIDATED with the above-referenced Civil Action No. 06-cv-01273-CMA-BNB for the purpose of determining a Joint Motion for Entry of Consent Decree to be filed on or after December 11, 2009, and for all purposes after entry of any such Consent Decree.  It is

      FURTHER ORDERED that the caption on all subsequent filings in this matter shall reflect such consolidation as set forth above.

      DATED:  December __14__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge