**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 06-cv-01273-CMA-BNB
(Consolidated with Civil Action No. 08-cv-00640-LTB-MJW and
Civil Action No. 08-cv-02424-MSK-CBS)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

CHRISTOPHER ADAMS,
JAMES BAXTER,
LUIS SOLIS-GONZÁLEZ,
JAMES STEADHAM, and
NATHANIEL VALENTINE,

    Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

    Defendant.

---

**ORDER OF ENTRY OF CONSENT DECREE,**
**ORDER TO SEAL DISTRIBUTION LIST AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

---

This matter is before me on the parties' Joint Motion for Entry of Consent Decree, to Seal Distribution List, and for Dismissal With Prejudice Subject to the Entry of Consent Decree (Doc. # 613).  Having approved and entered the Consent Decree as an Order of this Court, it is hereby

ORDERED that the Distribution List is SEALED, and the three consolidated actions, *EEOC v. Albertson's LLC*, 06-cv-01273-CMA-BNB, *EEOC v. Albertson's LLC*, 08-cv-00640-LTB-MJW, and *EEOC v. Albertson's LLC*, 08-cv-02424-MSK-CBS, are DISMISSED WITH PREJUDICE, subject to the Court's continuing jurisdiction to enforce the terms of the Consent Decree filed with the parties' Motion, each party to bear his or its own costs and attorney's fees.  It is

FURTHER ORDERED that the status conference set for December 17, 2009 before the undersigned is VACATED.  It is

FURTHER ORDERED that Defendant's two Unopposed Motions To Participate In Status Conference By Telephone (Doc. ## 614 and 615) are DENIED AS MOOT.

DATED:  December   14  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge